1  DENNIS M. COTA, Bar No. 127992
   dcota@cotalawfirm.com
2  CAROLYN J. FRANK, Bar No. 245479
   cfrank@cotalawfirm.com
3  KAREEM S. AREF, BAR NO. 318015
   karef@cotalawfirm.com
4  COTA COLE & HUBER LLP
   2261 Lava Ridge Court
5  Roseville, CA 95661
   Telephone:    (916) 780-9009
6  Facsimile:    (916) 780-9050

7  Attorneys for Defendant
   CITY OF STOCKTON
8

9

10              UNITED STATES DISTRICT COURT

11         FOR THE EASTERN DISTRICT OF CALIFORNIA

12  DANNY BRISTOW, MICHELLE          Case No. 2:17-cv-02712-TLN-CKD
    BRISTOW, BILLY BRISTOW, CONNIE
13  BRISTOW, STEVE BRISTOW, DAWN
    BECKER BRISTOW, CHRISTINA        **STIPULATION AND ORDER**
14  SHARP, JOEY LAYTON and SHERRY
    LOGSTON LAYTON,
15
               Plaintiffs,
16
    v.
17
    RICHARD ESTER, KAREN SANGSTER,
18  STATE OF CALIFORNIA, COUNTY OF
    SAN JOAQUIN, CITY OF STOCKTON,
19  CITY OF GALT and DOES 1 THROUGH
    250,
20
               Defendants.
21

22

23

24

25

26

27

28

{CF/00057119. }

COTA COLE & HUBER LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

1    In light of Plaintiffs' agreement to file an Amended Complaint and the parties stipulation

2  thereto, the undersigned counsel for all parties who have appeared in this case hereby request an

3  extension to filing the Joint Status Report including the FRCP 26(f) discovery plan.  The parties

4  request that the Joint Status Report be filed 60 days after the Defendants file an Answer.

5

6    SO STIPULATED.

7  Dated: February 27, 2018          MICHAEL F. BABITZKE, INC.

8

9                    By: /s/ Michael F Babitzke
                    Michael F. Babitzke

10                   Attorneys for Plaintiffs DANNY BRISTOW,
                    MICHELLE BRISTOW, BILLY BRISTOW,

11                   CONNIE BRISTOW, STEVE BRISTOW,
                    DAWN BECKER BRISTOW, CHRISTINA

12                   SHARP, JOEY LAYTON and SHERRY
                    LOGSTON LAYTON

13

14  Dated February 27, 2018          COTA COLE & HUBER LLP

15

16

17                   By: /s/ Carolyn J. Frank
                    Dennis M. Cota

18                   Carolyn J. Frank
                    Attorneys for CITY OF STOCKTON

19

20                 [PROPOSED] ORDER

21    After consideration of all papers submitted, and for good cause appearing,

22    IT IS HEREBY ORDERED THAT

23    The Parties' Stipulation is GRANTED.

24  Dated: March 1, 2018

25

26                   _____
                    Troy L. Nunley

27                   United States District Judge

28