UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY BRISTOW and MICHELLE BRISTOW,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RICHARD ESTER,<br><br>　　　　Defendant. | No. 2:17-cv-02712-CKD<br><br><br>ORDER |

　　　　Plaintiffs Danny Bristow and Michelle Bristow proceed in this civil rights action under 42 U.S.C. § 1983, claiming violations of their rights under the Fourth Amendment in connection with a search of their home by the County of San Joaquin Sheriff's Office on February 13, 2015. This matter is before the undersigned for all purposes including trial and entry of judgment pursuant to the parties' consent and the court's order of March 31, 2023. (ECF No. 86.) On July 7, 2023, the undersigned granted in part and denied in part the defendants' motion for summary judgment, leaving plaintiffs' claims under the Fourth Amendment against Detective Ester.

　　　　Prior to the selection of dates for final pretrial conference and trial, this matter is referred to Magistrate Judge Jeremy D. Peterson for a settlement conference. In order to schedule the settlement conference, the parties are directed to contact Magistrate Judge Peterson's courtroom deputy, Nic Cannarozzi, ncannarozzi@caeduscourts.gov, no later than fourteen 14 days from the date of this order, regarding possible dates for a settlement conference.

If settlement efforts are unsuccessful, the parties are ordered to file a joint notice of trial readiness within fourteen (14) days of the conclusion of the settlement conference. This joint notice shall include the status of the settlement conference, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, estimated trial length, any request for a jury, and availability for trial, including any known non-availability in the months that follow. The parties' joint status report shall estimate how many court days each party will require to present its case, including opening statements and closing arguments. The parties' estimates shall include time necessary for jury selection, time necessary to finalize jury instructions and instruct the jury. After review of the parties' joint notice, the court will issue an order with dates for a final pretrial conference and trial.

**ORDER**

In accordance with the above, IT IS ORDERED as follows:

1. This matter is referred to Magistrate Judge Jeremy D. Peterson for a settlement conference. In order to schedule the settlement conference, the parties are directed to contact Magistrate Judge Peterson's courtroom deputy, Nic Cannarozzi, ncannarozzi@caeduscourts.gov, no later than fourteen (14) days from the date of this order, to discuss possible dates for a settlement conference.

2. If settlement efforts are unsuccessful, the parties are ordered to file a joint notice of trial readiness containing the information set forth above not later than fourteen (14) days after the conclusion of the settlement conference.

Dated: July 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
bris2712.sched.sc

2